# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASEY CALPIN,** : | |
|    **Plaintiff,** : | **CIVIL ACTION NO. 3:16-2013** |
|    v. : | **(JUDGE MANNION)** |
| **LACKAWANNA COUNTY, BRIAN LOUGHNEY, in his individual capacity,** : | |
|    **Defendants** : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED** that the plaintiff's motion to strike, (Doc. 13), is **DENIED** with respect to Exhibits A and B, and Exhibits D through H attached to the defendants' answer to the amended complaint, (Doc. 12). The plaintiff's motion to strike is **GRANTED** with respect to Exhibit C, her deposition transcript. The defendants' motion for judgment on the pleadings, (Doc. 17), is **DENIED** at this time.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 14, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2013-01-ORDER.wpd