# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASEY CALPIN,** : | |
| **Plaintiff,** : | **CIVIL ACTION NO. 3:16-2013** |
| v. : | |
| **LACKAWANNA COUNTY,** : | **(JUDGE MANNION)** |
| **BRIAN LOUGHNEY, in his** | |
| **individual capacity,** : | |
| **Defendants** : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED** that the plaintiff's motion for the court's permission to use the sealed Mcguire deposition transcript from the *Sopinski* case, (Doc. 28), is **DENIED**.

S/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 20, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2013-02-ORDER.wpd