# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASEY CAPLIN,** : | |
| Plaintiff, : | |
| v. : | **CIVIL ACTION NO. 3:16-2013** |
| **LACKAWANNA COUNTY,** : | **(JUDGE MANNION)** |
| **BRIAN LOUGHNEY, in his** | |
| individual capacity, : | |
| Defendants : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED** that the defendants' motion for summary judgment, (Doc. 34), is **GRANTED** with respect to Counts I and II of plaintiff's amended complaint, (Doc. 3). Judgment is **ENTERED** in favor of defendants Lackawanna County and Loughney and against plaintiff Caplin. The clerk of court is directed to **CLOSE** this case.

S/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 15, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2013-05-ORDER.wpd